IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CR. NO. 2:05CR309-W |
| | ) (18 U.S.C. 641) |
| v. | ) |
| | ) |
| JORGE L. RANGEL | ) |
| | ) |
| | ) **INFORMATION** |
| | ) |
| | ) |

The United States Attorney charges:

### COUNT

On or about the 29th day of August 2005, at the Army Air Force Exchange (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **JORGE L. RANGEL** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*[signature]*
NEAL B. FRAIZER, Capt, USAF
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334
(334) 953-2786/2789

[Received stamp: 2005 DEC 30 P 2:50, DEBRA P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA.]

STATE OF ALABAMA          )
                          )          **AFFIDAVIT**
COUNTY OF MONTGOMERY      )


The undersigned, being first duly sworn, deposes and says:

    I am a store detective at the Maxwell Base Exchange on Maxwell Air Force Base, Alabama. On 29 August 2005, I conducted an interview with JORGE L. RANGEL, an AAFES security detective. During that interview, Mr. Rangel stated that he had taken merchandise from the store without paying for it on more than one occasion. Mr. Rangel admitted to taking one bottle of flea spray, a bottle of cologne valued at $15.75, two other bottles of cologne valued at $22.00 each, two loose batteries valued at $3.99 and six Yu Gi Ho cards valued at $3.99. Mr. Rangel was observed on security video-tape taking the bug spray and batteries. All of the items were the property of the Maxwell Base Exchange.


_____
WILBER A. MORA


Subscribed and sworn to before me this ___ day of _November_____, 20_05_.


_____
NOTARY PUBLIC

My commission expires ___ NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS