| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: March 7, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 10:38 - 10:43** |

√ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr309-W   **DEFENDANT NAME:** Jorge L. Rangel
**AUSA:** Neal Frazier   **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):      ❏ dismissed on oral motion of USA
                ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count**
√ MISDEMEANOR CRIMINAL TERM:   **5/15/06**      ❏ WAIVER OF SPEEDY TRIAL filed.
      **DISCOVERY DISCLOSURE DATE: 3/7/06**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel