## IN THE  UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05-CR-309 |
| | ) | |
| JORGE L. RANGEL | ) | |

### ORDER

Upon consideration of the Motion for Leave to Dismiss Information as to Jorge L. Rangel heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.   It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this _8th_ day of  March, 2006.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

### DISMISSAL OF INFORMATON

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Information heretofore filed in the above styled cause as to Jorge L. Rangel.

Respectfully submitted,

NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax:  334-953-2787